IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE A. LING,
    Plaintiff,

vs.                                  CASE NO. 4:07cv261-SPM/WCS

ALEXANDER DOMBROWSKY,
    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated July 13, 2007 (doc. 9). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed for failure to state a claim upon which relief may be granted. The clerk shall note on the docket that the dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 15th day of August, 2007.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge