IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE A. LING,

    Plaintiff,

v.                              CASE NO. 4:07cv261-SPM/WCS

ALEXANDER DOMBROWSKY,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's letter of inquiry (doc. 22) dated April 9, 2009, and request for documents (doc. 16) dated April 16, 2009.

Plaintiff is not entitled to a free copy of the records for case number 4:07cv261-SPM/WCS. A judgment was entered on August 16, 2007, and the time for filing an appeal has long since expired. Accordingly, Plaintiff's request for documents without charge (doc. 16) is DENIED.

As for Plaintiff's inquiry regarding refiling in state or federal court, Plaintiff cannot refile the claims he made in case number 4:07cv261-SPM/WCS unless his conviction or sentence for violation of probation is invalidated. Heck v. Humprey, 513 U.S. 477 (1994).

SO ORDERED this 23rd day of April, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge